UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ALBA M. CUETO,

    Plaintiff,

v.

NATIONS RECOVERY CENTER, INC.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, ALBA M. CUETO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, NATIONS RECOVERY CENTER, INC., is a professional corporation and citizen of the State of Georgia with its principal place of business at 6491 Peachtree Industrial Boulevard, Doraville, Georgia 30360.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

> January 12, 2010 at 4:39 PM
> Alba Cueto this is Mr. Ship, please return the call at 1-800-935-1139, extension 2032.

> January 27, 2010 at 7:21 PM
> Alba Cueto this is Mr. Ship, I'm calling from Nation Recovery with an urgent, serious matter. I'm calling you in reference to a claim that was filed against you. This claim was forwarded to my office and requires your immediate attention. At this time my client is about to move forward to

2

handle this matter through litigation. If you wish to handle this matter voluntarily, please contact Mr. Ship at 1-800-935-1139, extension 2032.

February 3, 2010 at 1:24 PM
Alba Cueto this is Mr. Ship, I'm calling from Nation Recovery. It's urgent that I speak with you. Contact number is 1-800-935-1139, extension 2032. I am calling you in reference to your claim that was filed against you. This claim was forwarded to my office and requires your immediate attention. I will be here no later than 9:00 PM Eastern Time. 1-800-935-1139, extension 2032. Please return the call.

February 10, 2010 at 8:07 PM
This message is intended for Alba Cueto of 5256 Southwest 121st Terrace. This is Moti with Nations Group, contacting you in reference to claim number 1977367. Please return the call at your earliest convenience. I can speak with either yourself or your attorney. The number is toll-free 800-935-1139 and the direct extension is 2066. I will be in the office to assist you with this matter until 8:30 PM Eastern Standard Time.

February 12, 2010 at 12:11 PM – Pre-recorded Message
Hello, this is an important message from Nations Recovery Center. Please call 1-866-929-6971. Again that number is 1-866-929-6971. This message is from a debt collector regarding the collection of a debt. Thank you.

February 17, 2010 at 1:43 PM – Pre-recorded Message
Hello, this is an important message from Nations Recovery Center. Please call 1-866-929-6971. Again that number is 1-866-929-6971. This message is from a debt collector regarding the collection of a debt. Thank you.

February 28, 2010 at 10:47 PM – Pre-recorded Message
Hello, this is an important message from Nations Recovery Center. Please call 1-866-929-6971. Again that number is 1-866-929-6971. This message is from a debt collector regarding the collection of a debt. Thank you.

February 26, 2010 at 11:09 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 1, 2010 at 10:08 AM – Pre-recorded Message

Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 2, 2010 at 1:57 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 3, 2010 at 1:19 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 5, 2010 at 12:24 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 8, 2010 at 11:17 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 11, 2010 at 9:42 AM – Pre-recorded Message
Cueto press one to be connected otherwise disregard this call or contact us at 1-866-929-6721 to remove this number.  Thank you.

March 15, 2010 at 11:47 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

March 17, 2010 at 9:12 AM – Pre-recorded Message
Press the 1 key now and you will be connected to the next available agent.  Again if this is Alba Cueto press one to be connected, otherwise disregard this call or contact us at 1-866-929-6971 to remove this number.  Thank you.

March 17, 2010 at 7:49 PM

4

Alba Cueto, this is Mr. Shift calling from Nation Group. It's important that I speak with you, my contact number is 1-800-935-1139 ext 2032.

March 18, 2010 at 9:29 AM – Pre-recorded Message
at 1-866-929-6971 to remove this number. Thank you.

March 25, 2010 at 3:24 PM – Pre-recorded Message
You will be connected to the next available agent. Again is this is Alba Cueto press one to be connected otherwise disregard this call or contact us at 1-866-929-6971 to remove this number. Thank you.

March 30, 2010 at 8:43 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center. Please call 1-866-929-6971. Again that number is 1-866-929-6971. This message is from a debt collector regarding the collection of a debt. Thank you.

April 5, 2010 at 4:27 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center. Please call 1-866-929-6971. Again that number is 1-866-929-6971. This message is from a debt collector regarding the collection of a debt. Thank you.

April 6, 2010 at 3:14 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center. Please call 1-866-929-6971. Again that number is 1-866-929-6971. This message is from a debt collector regarding the collection of a debt. Thank you.

April 7. 2010 at 3:16 PM – Pre-recorded Message
On your phone now and you will be connected to the next available agent. Again, if this is Alba Cueto press 1 to be connected otherwise disregard this call or contact us at 1-866-929-6971 to remove this number, thank you.

April 9, 2010 at 9:02 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center. Please call 1-866-929-6974. Again that number is 1-866-929-6974. This message is from a debt collector regarding the collection of a debt. Thank you.

April 12, 2010 at 2:11 PM – Pre-recorded Message
Available agent. Again if this is Alba Cueto press 1 to be connected otherwise disregard this call or contact us at 1-866-929-6971 to remove this number. Thank you.

April 13, 2010 at 1:50 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6971. Again that number is 1-866-929-6971.  This message is from a debt collector regarding the collection of a debt. Thank you.

April 14, 2010 at 4:07 PM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6972. Again that number is 1-866-929-6972.  This message is from a debt collector regarding the collection of a debt. Thank you.

April 16, 2010 at 10:22 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6974. Again that number is 1-866-929-6974.  This message is from a debt collector regarding the collection of a debt. Thank you.

April 21, 2010 at 4:54 PM – Pre-recorded Message
If this is not Alba Cueto, but you know Alba Cueto press the 3 key to take a very important message.  If you are not correct party please disregard this call or have Alba Cueto do us at 866-929-6971 to remove your number from our lists.  If this is the wrong number and you would like to have this number removed press the 9 key.

April 28, 2010 at 8:21 AM – Pre-recorded Message
If this is not Alba Cueto, but you know Alba Cueto press the 3 key to take a very important message.  If you are not correct party please disregard this call or have Alba Cueto do us at 866-929-6971 to remove your number from our lists.  If this is the wrong number and you would like to have this number removed press the 9 key.

April 29, 2010 at 9:04 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6974. Again that number is 1-866-929-6974.  This message is from a debt collector regarding the collection of a debt. Thank you.

April 30, 2010 at 9:04 AM – Pre-recorded Message
If this is not Alba Cueto, but you know Alba Cueto press the 3 key to take a very important message.  If you are not correct party please disregard this call or have Alba Cueto do us at 866-929-6971 to remove your number from

our lists.  If this is the wrong number and you would like to have this number removed press the 9 key.

May 5, 2010 at 8:45 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6974. Again that number is 1-866-929-6974.  This message is from a debt collector regarding the collection of a debt. Thank you.

May 6, 2010 at 9:22 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6974. Again that number is 1-866-929-6974.  This message is from a debt collector regarding the collection of a debt. Thank you.

May 7, 2010 at 9:40 AM – Pre-recorded Message
Hello this is an important message from Nations Recovery Center.  Please call 1-866-929-6974. Again that number is 1-866-929-6974.  This message is from a debt collector regarding the collection of a debt. Thank you.

11.     Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14.     Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19. Plaintiff incorporates Paragraphs 1 through 16.

20. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a

debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of suit; and

   c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

21. Plaintiff incorporates Paragraphs 1 through 16.

22. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

23.    Plaintiff incorporates Paragraphs 1 through 16.

24.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT V
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

25.    Plaintiff incorporates Paragraphs 1 through 16.

26.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658