UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA

ALBA CUETO
    Plaintiff,
vs                                        CASE NO.: 11-60810
NATIONS RECOVERY CENTER, INC.
    Defendant.
_____/        Type of Case: FDCPA

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by
Samuel L. Heller, Esquire of Mediation, Inc., on September 02, 2011.

The following were present:

    All Plaintfiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement,
    Stipulation for Dismissal, or other Final Disposition to the Court as soon as
    possible.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail
on September 06, 2011 to:

        Donald A. Yarbrough, Esquire

        Ernest H. Kohlmyer, III, Esquire

Respectfully Submitted:

_JAMES B. CHAPLIN, ESQUIRE_
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for Samuel L. Heller, Esquire
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
(800) 741-7000